# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY LEWIS-BEY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 08-218-GPM |
| GREGORY BLEDSOE, | ) ) ) |
| Respondent. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner **JERRY LEWIS-BEY** is to take nothing from this action.

**DATED**: 07/09/08

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. McGovern
 Deputy Clerk

APPROVED: s/ G. Patrick Murphy
 G. PATRICK MURPHY
 U.S. DISTRICT JUDGE